FILED

JUL - 8 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

E-filing          TEH

CV 08 3290 (PR)

No. _____

JUAN OCHOA PEREZ

            Plaintiff

    v.

COUNTY OF SAN MATEO;
SAN MATEO COUNTY SHERIFF'S DEPT;
SAN MATEO COUNTY JAIL FACILITIES;
SAN MATEO COUNTY HEALTH
  SERVICES AGENCY
            Defendants

PLAINTIFF'S LODGED
EXHIBITS: A - F

JUAN OCHOA PEREZ
CDCR #F-65615
California Men's Colony
P.O. Box 8103
San Luis Obispo, CA
        93403-8103

$E_{XHIBIT}$:  $A$

$E_{XHIBIT}$:  $A$







Marion County Jail Facilities
Inmate Grievance Form

San Mateo County Jail Facilities
Inmate Grievance Form

**VERIFICATION – 446, 2015.5 C.C.P.)**

STATE OF CALIFORNIA
COUNTY OF SAN LUIS OBISPO

am the party of the above entitled actions, a citizen of the United States, over the age of eighteen years and a resident of San Luis Obispo County. My current address is:

JUAN PEREZ , CDCR No.: F-65615 .
California Men's Colony-West
P.O. Box 8103 / Unit 4 Dorm 22 Bed 29-6
San Luis Obispo, California 93403-8103

I CERTIFY (OR DECLARE), UNDER THE PENALTY OF PERJURY, THAT THE FOREGOING IS TRUE AND CORRECT.
EXECUTED ON 5-5-08 , AT SAN LUIS OBISPO, CALIFORNIA, 93403-8103.

PEREZ JUAN
PETITIONER (Signature)

**PROOF OF SERVICE BY MAIL**

STATE OF CALIFORNIA
COUNTY OF SAN LUIS OBISPO

I am the party of the above entitled actions, a citizen of the United States, over the age of eighteen years and a resident of San Luis Obispo County. My current address is:

JUAN PEREZ , CDCR No.: F-65615 .
California Men's Colony-West
P.O. Box 8103 / Unit 4 Dorm 22 Bed 29-1
San Luis Obispo, California 93403-8103

ON 5-5-08 I SERVED THE WITHIN Petition To Grant Leave .
For Late Filing & Claim For Damages
ON THE PARTY:

IN SAID ACTION, BY PLACING A TRUE COPY THEREOF IN A SEALED ENVELOPE WITH POSTAGE THEREON PREPAID, IN THE UNITED STATES MAIL AT CALIFORNIA MEN'S COLONY, SAN LUIS OBISPO, CA 93403-8103, ADDRESS AS FOLLOWS:

| Tom Casey III | John Maltoe |
|---|---|
| County Counsel | Clerk of the Board |
| 400 County Center | 900 County Center |
| 6th Floor | Redwood City, Ca. |
| Redwood City, Ca. 94063 | 94063 |
| | |

I CERTIFY (OR DECLARE), UNDER THE PENALTY OF PERJURY, THAT THE FOREGOING IS TRUE AND CORRECT.
EXECUTED ON 5-5-08 , AT SAN LUIS OBISPO, CALIFORNIA, 93403-8103.

PEREZ JUAN
DECLARANT (Signature)

(REV. 9/02)

$E_{XHIBIT:}$   $\triangle$

$E_{XHIBIT:}$   $B$

```
1241481                    IN THE SUPERIOR COURT SOUTHERN BRANCH    02/21/08
SAN MATEO CJIS                OF THE STATE OF CALIFORNIA           09:49
ORGANIZATION: MC          IN AND FOR THE COUNTY OF SAN MATEO       PAGE   1

                    --- REGISTER OF ACTIONS ---



CASE NO. SC062421A       STATUS:  ADJUDICATED

PEOPLE V. PEREZ, JUAN OCHOA

         ALCALAN APT 8                           DATE OF BIRTH: 05/10/58
         MOUNTAIN VIEW, CA

*************************************************************************
ATTORNEYS OF RECORD:

PROSECUTION:  MLA
DEFENSE:      JOHN CAMPION
              (PRIVATELY RETAINED)

*************************************************************************
CHARGES, PLEAS AND DISPOSTIONS:

                         FILED DATE: 11/14/06

CNT ALG                                LATEST                  CONV/DISP
NO. NO. CODE/SECTION           TYPE  PLEA  ------DISPOSITION------  DATE

01      HS  11378               F    NOL   PLED NOLO CONTENDERE   02/07/07
    01 PC  1203.073(B)(2)       E          STRICKEN
02      HS  11379.6(A)          F    NOL   PLED NOLO CONTENDERE   02/07/07
04      HS  11366               F    NG    DISM - NEGOT PLEA      02/07/07
05      HS  11383(C)(1)         F    NG    DISM - NEGOT PLEA      02/07/07
```

```
T241481                                                          02/21/08
3AN MATEO CJIS            --- REGISTER OF ACTIONS ---           09:49
JRGANIZATION: MC               CASE NO. SC062421A              PAGE   3
```

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
RECORD OF CASE EVENTS:


.1/14/06 08:00    INFORMATION FILED.
                  COMPLAINT FILED.
                  REPORTER'S TRANSCRIPT RE PRELIMINARY HEARING FILED.
                  DEPUTY DA GOOD DESIGNATED AS PROSECUTING ATTORNEY OF
                     RECORD.

.1/16/06 08:00    FINGERPRINT FORM FILED.
         08:45 ** HEARING HELD ON 11/16/06 AT 8:45 A.M. IN SUPERIOR COURT
                     - HALL OF JUSTICE & RECORDS, D- 44. HON. JOHN SCHWARTZ,
                     JUDGE, PRESIDING. CLERK: LESLIE WISE. REPORTER: WENDY
                     WACHHORST. CLERK2: BIANCA NEDELCU.  DEPUTY D.A. GOOD.
                     DEFENSE COUNSEL PRESENT: JOHN CAMPION.
                     FELONY ARRAIGNMENT
                  DEFENDANT PRESENT IN CUSTODY.
                  JOHN CAMPION RETAINED AS ATTORNEY OF RECORD.
                  DEFENDANT WAS ARRAIGNED; THROUGH COUNSEL WAS HANDED A
                     COPY OF THE INFORMATION, WAIVED ITS READING, AND WAIVED
                     ADVICE AS TO RIGHTS.
                  DEFENDANT, THROUGH COUNSEL, WAS HANDED A COPY OF THE
                     PRELIMINARY HEARING TRANSCRIPT.
                  DEFENDANT ENTERED A PLEA OF NOT GUILTY TO ALL COUNTS.
                  DEFENDANT DENIED ALL SPECIAL ALLEGATIONS, PRIORS AND/OR
                     OVERT ACTS AS ALLEGED IN THE INFORMATION.
                  TIME WAIVED FOR TRIAL BY DEFENSE.
                  PRE-TRIAL CONFERENCE SET 11/28/2006 AT 1:30 P.M. IN
                     SCRWC COURT, D- CR.
                  JURY TRIAL SET ON 01/08/2007 AT 8:45 A.M. IN SCRWC
                     COURT, D- CR.
                  BAIL SET AT $900,000.00.
                  DEFENDANT IS ORDERED TO BE SEEN BY THE JAIL NURSE
                  DEFENDANT REMAINS IN CUSTODY.
                  DEFENDANT ORDERED TO RETURN.
                  ENTERED ON CJIS BY B NEDELCU DATE 11/16/2006.

.1/22/06 08:00    ORDER FOR MEDICAL EXAMINATION OF DEFENDANT FOR PHYSICAL
                     AILMENT FILED.

.1/28/06 13:30 ** HEARING HELD ON 11/28/06 AT 1:30 P.M. IN SUPERIOR COURT
                     - HALL OF JUSTICE & RECORDS, D- 9. HON. CRAIG PARSONS,
                     JUDGE, PRESIDING. CLERK: ALVIRA CASTRO. REPORTER: DAYNA
                     HUHN. CLERK2: MARTIN KING.  DEPUTY D.A. GOOD.  DEFENSE
                     COUNSEL PRESENT: POMEROY FOR CAMPION.
                     PRE TRIAL CONFERENCE
                  DEFENDANT PRESENT IN CUSTODY.
                  ORTIZ PRESENT AND DULY SWORN/HAS OATH ON FILE AS SPANISH
                     LANGUAGE INTERPRETER.
                  PRE-TRIAL CONFERENCE NOT HELD.
                  PRE-TRIAL CONFERENCE SET 12/05/2006 AT 1:30 P.M. IN
                     SCRWC COURT, D- CR.
```

```
 241481                                                      02/21/08
 AN MATEO CJIS          --- REGISTER OF ACTIONS ---         09:49
 RGANIZATION: MC            CASE NO. SC062421A              PAGE   6
```

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

ECORD OF CASE EVENTS:

2/07/07 - CONTINUED

DEFENDANT ENTERED A PLEA OF NOLO CONTENDERE TO COUNT 1,
  VIOLATION OF HS 11378, A FELONY.
DEFENDANT ENTERED A PLEA OF NOLO CONTENDERE TO COUNT 2,
  VIOLATION OF HS 11379.6(A), A FELONY.
COURT ACCEPTS THE PLEA(S).
COURT FINDS DEFENDANT GUILTY TO THE CHARGE(S) TO WHICH
  DEFENDANT PLED NO CONTEST.
THE COURT FINDS DEFENDANT MADE A KNOWING AND INTELLIGENT
  WAIVER OF LEGAL AND CONSTITUTIONAL RIGHTS AND THAT THE
  PLEA(S) WAS FREELY AND VOLUNTARILY ENTERED.
COURT FINDS A FACTUAL BASIS FOR THE PLEA(S).
TIME IS NOT WAIVED.
ALL REMAINING COUNTS DISMISSED. REASON: NEGOTIATED PLEA.
ALL REMAINING SPECIAL ALLEGATIONS; PRIORS AND/OR OVERT
  ACTS ARE STRICKEN. REASON: NEGOTIATED PLEA.
DEFENDANT IS DEFENDANT TO BE EVALUATED BY THE JAIL
  MEDICAL STAFF AS SOON AS POSSIBLE.
MATTER CONTINUED TO 03/09/2007 AT 8:45 A.M. IN SCRWC
  COURT, D- CR FOR RECEIPT OF PROBATION REPORT AND
  IMPOSITION OF SENTENCE.
THE CASE IS REFERRED TO THE PROBATION DEPARTMENT FOR
  PREPARATION OF REPORT.
DEFENDANT REMAINS IN CUSTODY.
SPANISH INTERPRETER ORDERED FOR NEXT APPEARANCE.
DEFENDANT ORDERED TO RETURN.
ENTERED ON CJIS BY M.KING DATE 02/07/2007.

2/27/07 09:00    DEPUTY DA MLA DESIGNATED AS PROSECUTING ATTORNEY OF
                 RECORD.

3/09/07 08:00    ABSTRACT OF JUDGMENT FILED.
                 PROBATION REPORT FILED
         08:45 ** HEARING HELD ON 03/09/07 AT 8:45 A.M. IN SUPERIOR COURT
                 - HALL OF JUSTICE & RECORDS, D- 11. HON. JOHN L
                 GRANDSAERT, JUDGE, PRESIDING. CLERK: SARAI GOULART.
                 REPORTER: MICHAEL SHINTAKU. CLERK2: MARTIN KING.  DEPUTY
                 D.A. ALLHISER.  DEFENSE COUNSEL PRESENT: JOHN CAMPION.
                 PROBATION REPORT AND SENTENCING
                 DEFENDANT PRESENT IN CUSTODY.
                 LYNCH PRESENT AND DULY SWORN/HAS OATH ON FILE AS SPANISH
                 LANGUAGE INTERPRETER.
                 PROBATION OFFICER'S REPORT RECEIVED, REVIEWED AND
                 ORDERED FILED.
                 DEFENDANT WAIVED FORMAL ARRAIGNMENT FOR JUDGMENT.
                 DEFENDANT IS ARRAIGNED FOR PRONOUNCEMENT OF JUDGMENT.
                 DEFENDANT STATED THERE IS NO LEGAL CAUSE WHY SENTENCE
                 SHOULD NOT NOW BE PRONOUNCED.
                 PROBATION IS DENIED.
                 DEFENDANT IS COMMITTED TO THE DEPARTMENT OF CORRECTIONS
                 AS FOLLOWS:
```

*Exhibit: C*

*Exhibit: C*

STATE OF CALIFORNIA                                                    DEPARTMENT OF CORRECTIONS

**REASONABLE MODIFICATION OR ACCOMMODATION REQUEST**
CDC 1824 (1/95)

| INSTITUTION/PAROLE REGION: | LOG NUMBER: | CATEGORY: |
|---|---|---|
| SQ | 07-0138 | 18. ADA |

**NOTE:** THIS FORM IS TO BE USED ONLY BY INMATES/PAROLEES WITH DISABILITIES

In processing this request, it will be verified that the inmate/parolee has a disability which is covered under the Americans With Disabilities Act.

| INMATE/PAROLEE'S NAME (PRINT) | CDC NUMBER | ASSIGNMENT | HOURS/WATCH | HOUSING |
|---|---|---|---|---|
| Juan Perez | F65615 | None | None | None |

In accordance with the provisions of the Americans With Disabilities Act (ADA), no qualified individuals with a disability shall, on the basis of disability, be excluded from participation in, or be denied the benefits of the services, activities, or programs of a public entity, or be subjected to discrimination.

You may use this form to request specific reasonable modification or accommodation which, if granted, would enable you to participate in a service, activity or program offered by the Department/institution/facility, for which you are otherwise qualified/eligible to participate.

Submit this completed form to the institution or facility's Appeals Coordinator's Office. A decision will be rendered within 15 working days of receipt at the Appeals Coordinator's Office and the completed form will be returned to you.

If you do not agree with the decision on this form, you may pursue further review. The decision rendered on this request form constitutes a decision at the FIRST LEVEL of review.

To proceed to SECOND LEVEL, attach this form to an Inmate/Parolee Appeal Form (CDC 602) and complete section "F" of the appeal form.

Submit the appeal with attachment to the Appeals Coordinator's Office within 15 days of your receipt of the decision rendered on this request form.

If you are not satisfied with the SECOND LEVEL review decision, you may request THIRD LEVEL review as instructed on the CDC 602.

## MODIFICATION OR ACCOMMODATION REQUESTED

DESCRIPTION OF DISABILITY:
Chronic lower back pain.

WHAT VERIFICATION DO YOU HAVE OF YOUR DISABILITY?
I have 3 copies from San Mateo County. I'm also waiting on X-Rays from them but I'm still waiting.

DESCRIBE THE PROBLEM:
When I was in custody in San Mateo. I was working in the kitchen. And I fell and slipped landing on my lower back. While in San Mateo I didn't recieve the proper treatment or medication.

WHAT SPECIFIC MODIFICATION OR ACCOMMODATION IS REQUESTED?
I desperetely need to get my back looked at. Also I need to get treated. Also when an alarm goes off I am unable to get down I need a special vest to let C.O's know my disabilitie. Thank you

**Juan Perez**
INMATE/PAROLEE'S SIGNATURE

03-27-07
DATE SIGNED

APR 04 REC'D    APR 03 REC'D

REASONABLE MODIFICATION OR ACCOMMODATION REQUEST
CDC 1824 (1/95)

APR 04 REC'D

## REVIEWER'S ACTION

**DATE ASSIGNED TO REVIEWER:** APR 03 2007

**DATE DUE:** APR 24 2007

**TYPE OF ADA ISSUE**

[✓] PROGRAM, SERVICE, OR ACTIVITY ACCESS (Not requiring structural modification)

    [✓] Auxiliary Aid or Device Requested

    [✓] Other _See Below_

[ ] PHYSICAL ACCESS (requiring structural modification)

**DISCUSSION OF FINDINGS:** Reviewed ADA medical record and interviewed Mr. Perry through his cell mate who was interpreting our conversation. He transferred to S.Q. on 3-14-07. He stated he felt in San Mateo and injured his back. "He is not correct." He was seen on 4-24-07 and on 1245 was instructed with a chrono for cooling limited mobility and impaired vest. Spoke with the ADA district coordinator and placed transfer out of here, request pending. You have a chrono for mobility vest with instruction and spoke with you regarding pending transfer. Pain medication started on 4-24-07.

_4-30-07_
**DATE INMATE/PAROLEE WAS INTERVIEWED**

_a. Irvine RM_
**PERSON WHO CONDUCTED INTERVIEW**

**DISPOSITION**

[ ] GRANTED     [ ] DENIED     [✓] PARTIALLY GRANTED

**BASIS OF DECISION:** Based on the above information your vest request was given partially granted. Your transfer out is pending.

**NOTE:** If disposition is based upon information provided by other staff or other resources, specify the resource and the information provided. If the request is granted, specify the process by which the modification or accommodation will be provided, with time frames if appropriate.

| DISPOSITION RENDERED BY: (NAME) | TITLE | INSTITUTION/FACILITY |
|---|---|---|
| a. Irvine RM 4-30-07 | RN | |

## APPROVAL

| ASSOCIATE WARDEN'S SIGNATURE | DATE SIGNED |
|---|---|
| _Ihuch_ Cw | 4/30/07 |

MAY 01 REC'D

DATE RETURNED TO INMATE/PAROLEE

$E_{XHIBIT}$:  $D$

$E_{XHIBIT}$:  $D$

STATE OF CALIFORNIA
**DISABILITY PLACEMENT PROGRAM VERIFICATION (DPPV)**
CDC 1845 (Rev. 01/04)

DEPARTMENT OF CORRECTIONS
*CHECK ALL APPLICABLE BOXES*

THIS FORM ONLY VERIFIES OR DISCONFIRMS CLAIMED PHYSICAL DISABILITIES LISTED IN SECTION B

| INMATE NAME: | CDC NUMBER: | INSTITUTION: | HOUSING ASSIGNMENT: | DATE FORM INITIATED: |
|---|---|---|---|---|
| PEREZ Juan | F65615 | SQ | IV - 97 L | 4-24-07 |

*Sections A – B to be completed by licensed medical staff.*

| SECTION A: REASON FOR INITIATION OF FORM | SECTION B: DISABILITY BEING EVALUATED |
|---|---|
| ☐ Inmate self-identifies to staff   ☐ Third party evaluation request | ☐ Blind/Vision Impaired    ☐ Speech Impaired |
| ☒ Observation by staff   ☐ Medical documentation or Central File information | ☐ Deaf/Hearing Impaired    ☒ Mobility Impaired |

*Sections C – G to be completed by a physician only.*

| SECTION C: PERMANENT DISABILITIES IMPACTING PLACEMENT | SECTION D: PERMANENT DISABILITIES *NOT* IMPACTING PLACEMENT |
|---|---|
| 1. ☐ **FULL TIME WHEELCHAIR USER - DPW** Requires wheelchair accessible housing and path of travel. | 1.   NO CORRESPONDING CATEGORY |
| 2. ☐ **INTERMITTENT WHEELCHAIR USER - DPO** Requires lower bunk, wheelchair accessible path of travel and *does not require* wheelchair accessible cell. | 2.   NO CORRESPONDING CATEGORY |
| 3. ☒ **MOBILITY IMPAIRMENT - With or Without Assistive Device** (Wheelchairs shall not be prescribed) - **DPM** Orthopedic, neurological or medical condition that substantially limits ambulation (cannot walk 100 yards on a level surface without pause). Requires lower bunk, no triple bunk, and no stairs in path of travel. | 3. ☐ **MOBILITY IMPAIRMENT (Lower Extremities) - DNM** Walks 100 yards without pause with or without assistive devices. <br> ☐ No Housing Restrictions    ☐ See HOUSING RESTRICTIONS in Section E <br> ☐ Requires relatively level terrain and no obstructions in path of travel. **Do not place at:** CCI, CMC-E, CRC, CTF-C, FSP, SAC, SCC I or II, SOL, or SQ. (CDC 128-C:_____) |
| 4. ☐ **DEAF/HEARING IMPAIRMENT - DPH** Must rely on written communication, lip reading or signing as residual hearing, with assistive devices, will not enable them to hear, understand or localize emergency warnings or public address announcements. | 4. ☐ **HEARING IMPAIRMENT - DNH** With residual hearing at a functional level with hearing aid(s). |
| 5. ☐ **BLIND/VISION IMPAIRMENT - DPV** Not correctable to central vision acuity of better than 20/200 with corrective lenses in at least one eye (See HOUSING RESTRICTIONS IN SECTION E). | 5.   NO CORRESPONDING CATEGORY |
| 6. ☐ **SPEECH IMPAIRMENT - DPS** Does not communicate effectively speaking or in writing. | 6. ☐ **SPEECH IMPAIRMENT - DNS** Does not communicate effectively speaking, but does when writing. |

**SECTION E: ADDITIONAL MEDICAL INFORMATION**

**CSR ALERT:**

☒ Requires relatively level terrain and no obstructions in path of travel

☐ Complex medical needs affecting placement   ☐ CDC 128-C _____

**HEALTH CARE APPLIANCE IDENTIFICATION VEST:**

☐ Cane   ☐ Crutch   ☒ Walker   ☐ Leg/Arm prosthesis   ☐ Vest

☐ Other: _____   ☐ CDC 128-C(s) dated: _____

**ASSISTANCE NEEDED WITH ACTIVITIES OF DAILY LIVING:**

☐ Feeding or Eating   ☐ Bathing   ☐ Grooming   ☐ W/C transferring

☐ Toileting   ☐ Other: _____   ☐ CDC 128-C(s) dated: _____

**OTHER DPP DESIGNATIONS:**

☐ NONE _____ ; _____

| CODE | DATED | CODE | DATED |
|---|---|---|---|

**HOUSING RESTRICTIONS:**   ☒ Lower bunk   ☒ No stairs   ☐ No triple bunk. CDC 128-C(s) dated: _____

**SECTION F: EXCLUSIONS**

☐ <u>VERIFICATION OF CLAIMED DISABILITY NOT CONFIRMED:</u> My physical examination or other objective data DOES NOT SUPPORT *claimed* disability. (Explain in Comments Section and CDC 128-C dated _____).

☐ <u>REMOVAL FROM A DPP CODE:</u> Removal from previous DPP code: _____. (Explain in Comments Section and CDC 128-C dated: _____.)

☐ <u>REMOVAL FROM ENTIRE PROGRAM:</u> Removal from DPP code(s): _____. (Explain in Comments Section and CDC 128-C dated: _____.)

**SECTION G: EFFECTIVE COMMUNICATION FACTORS**

☐ Uses Sign Language Interpreter (SLI)   ☐ Reads Braille   ☐ Communicates with written notes   ☐ Requires large print or magnifier

☐ Reads lips   ☐ NO "EFFECTIVE COMMUNICATION" ISSUES OBSERVED OR DOCUMENTED IN THE UNIT HEALTH RECORD

**PHYSICIAN'S COMMENTS:** *(Focus on affected systems and functional limitations. No specific diagnosis or other confidential medical information.)*

UNABLE TO WALK >100ft, let alone yards, & poorer.
CANNOT CLIMB STAIRS.

| PHYSICIAN'S NAME (Print) | PHYSICIAN'S SIGNATURE | DATE SIGNED |
|---|---|---|
| BURGETT | [signature] | 4-24-07 |
| HEALTH CARE MANAGER'S / DESIGNEE'S NAME (Print) | HEALTH CARE MANAGER'S / DESIGNEE'S SIGNATURE | DATE SIGNED |
| K. Kanan | [signature] | 4/25/07 |

**NOTE:** After review by the Health Care Manager or Chief Physician & Surgeon, health care staff shall retain green copy for the UHR, send the inmate copy via institutional mail, and route the original and remaining copies to the C&PR/RC CC-III for tracking and further distribution according to the instructions below.

ExHIBIT: E

EXHIBIT: E

**REASONABLE MODIFICATION OR ACCOMMODATION REQUEST**
**CDC 1824 (1/95)**

| | | |
|---|---|---|

## REVIEWER'S ACTION

DATE ASSIGNED TO REVIEWER: _____

DATE DUE: 11/16/07

**TYPE OF ADA ISSUE**

☐ PROGRAM, SERVICE, OR ACTIVITY ACCESS (Not requiring structural modification)

    ☐ Auxiliary Aid or Device Requested

    ☒ Other __CLASSIFICATION ACTION__

☐ PHYSICAL ACCESS (requiring structural modification)

**DISCUSSION OF FINDINGS:** ON 12/17/07 YOU WERE INTERVIEWED REGUARDING YOUR REQUEST TO BE CLASSIFIED TOTALLY MEDICALLY DISABLED DUE TO NUMEROUS MEDICAL CONDITIONS AND PAIN WHICH YOU FEEL ADVERSELY AFFECTS YOUR QUALITY OF LIFE. UPON REVIEW OF YOUR CENTRAL FILE AND CFA 128C (DUTY LIMITATIONS) CHRONO DATED 12/_____ IT APPEARS YOUR CASE NEEDS TO BE REVIEWED BY A CLASSIFICATION COMMITTEE TO MAKE A DETERMINATION IF REASONABLE ACCOMODATIONS ARE NEEDED. YOU ARE CURRENTLY ASSIGNED TO ABE AND PER YOUR INSTRUCTOR YOU HAVE DIFFICULTY IN CLASS WHICH IS AFFECTING YOUR WORK. YOUR APPEAL IS PARTIALLY GRANTED IN THAT YOU WILL BE SCHEDULED FOR UNIT CLASSIFICATION COMMITTEE DATED DECEMBER 19, 2007 IN ORDER TO ASCERTAIN YOUR PROGRAM NEEDS AND ACCOMODATIONS.

__12/17/07__
**DATE INMATE/PAROLEE WAS INTERVIEWED**

__M. ROCHA   CCII__
**PERSON WHO CONDUCTED INTERVIEW**

**DISPOSITION**

☐ GRANTED     ☐ DENIED     ☒ PARTIALLY GRANTED

**BASIS OF DECISION:** YOU WERE SEEN BY U.C.C. COMMITTEE ON DECEMBER 19, 2007, PER U.C.C. COMMITTEE AND DUTY LIMITATIONS CHRONO DATED 12/4/07 _____ COMMITTEE ELECTED TO REMOVE YOU FROM YOUR EDUCATION ASSIGNMENT AND MAKE YOU TOTALLY DISABLED DUE TO YOUR DUTY LIMITATIONS. AVENAL STATE PRISON IS UNABLE TO PROVIDE YOU WITH REASONABLE ACCOMODATIONS AT THIS TIME. YOU WILL CONTINUE ON AIA WG/PG STATUS. SHOULD YOUR MEDICAL CONDICTIONS CHANGE YOU WILL BE RE-EVALUATED FOR FURTHER PROGRAM NEED. IT SHOULD BE NOTED THAT YOU AGREED TO COMMITTEE ACTION.

**NOTE:** If disposition is based upon information provided by other staff or other resources, specify the resource and the information provided. If the request is granted, specify the process by which the modification or accommodation will be provided, with time frames if appropriate:

| DISPOSITION RENDERED BY: (NAME) M. ROCHA | TITLE CCII | INSTITUTION/FACILITY ASR-II / FAC 6 |
|---|---|---|

## APPROVAL

| ASSOCIATE WARDEN'S SIGNATURE | DATE SIGNED |
|---|---|
| | 12/21/07 |

| DATE RETURNED TO INMATE/PAROLEE | 12/21/07 | recived 124 + P Inmate 12-21-07 |
|---|---|---|

STATE OF CALIFORNIA                                                                    DEPARTMENT OF CORRECTIONS

**REASONABLE MODIFICATION OR ACCOMMODATION REQUEST**
CDC 1824 (1/95)

| INSTITUTION/PAROLE REGION: | LOG NUMBER: | CATEGORY: |
|---|---|---|
| AVENAL ST. PRISON | 07-00978 | 1B. ADA |

**NOTE:**   THIS FORM IS TO BE USED ONLY BY INMATES/PAROLEES WITH DISABILITIES

In processing this request, it will be verified that the inmate/parolee has a disability which is covered under the Americans With Disabilities Act.

| INMATE/PAROLEE'S NAME (PRINT) | CDC NUMBER | ASSIGNMENT | HOURS/WATCH | HOUSING |
|---|---|---|---|---|
| JUAN PEREZ | F-65615 | AB7A-I | 7 - - -1400 | 650-1-44 Low |

In accordance with the provisions of the Americans With Disabilities Act (ADA), no qualified individual with a disability shall, on the basis of disability, be excluded from participation in, or be denied the benefits of the services, activities or programs of a public entity or be subjected to discrimination.

You may use this form to request specific reasonable modification or accommodation which, if granted, would enable you to participate in a service, activity or program offered by the Department/institution/facility, for which you are otherwise qualified/eligible to participate.

Submit this completed form to the institution or facility's Appeals Coordinator's Office. A decision will be rendered within 15 working days of receipt at the Appeals Coordinator's Office and the completed form will be returned to you.

If you do not agree with the decision on this form, you may pursue further review. The decision rendered on this form constitutes a decision at the FIRST LEVEL of review.

To proceed to SECOND LEVEL, attach this form to an Inmate/Parolee Appeal Form (CDC 602) and complete section "F" of the appeal form.

Submit the appeal with attachment to the Appeals Coordinator's Office within 15 days of your receipt of the decision rendered on this request form.

If you are not satisfied with the SECOND LEVEL review decision, you may request THIRD LEVEL review as instructed on the CDC 602.

---

## MODIFICATION OR ACCOMMODATION REQUESTED

**DESCRIPTION OF DISABILITY:**

I WAS INJURED IN SAN MATEO COUNTY JAIL AND NOW HAVE "MILD SPURRING OF DORSAL SPINE NOTED" SEVERE BACK PAIN. INJURY OCCURRED ON 6-25-06

**WHAT VERIFICATION DO YOU HAVE OF YOUR DISABILITY?**

I HAVE A RADIOLOGY REPORT FROM THORACIC SPINE SERIES ON 7-19-06. ATTACHED HEREIN IS A COPY OF THIS REPORT REQUESTED.

**DESCRIBE THE PROBLEM:** I HAVE SEVERE PAIN DUE TO AN INJURY IN SAN MATEO County Jail. Spent 1½ mo. in the Hospital. CDCR SENT ME TO A.S.P. which is A MEDICAL FACILITY AFTER SEVERAL TRANSFERS. I HAVE SEVERE PAIN WHEN I SIT Too Long OR STAND Too Long.

**WHAT SPECIFIC MODIFICATION OR ACCOMMODATION IS REQUESTED?** I Would Like to SEE A Doctor A.S.A.P. RECEIVE PROPER MEDICATION TO ALEVIATE THE PAIN; TO DETERMINE IF THIS CAN BE FIXED WITH SURGERY OR IF IT IS A PERMANENT INTURY; TO RECEIVE A Bottom Bunk chrono; AND TO BE PLACED IN A JOB THAT ACCOMMODATES MY INJURY PERMANENTLY OR UNTIL MY PROBLEM IS CORRECTED.

| PEREZ JUAN | RECEIVED OCT 24 2007 ASP APPEALS OFFICE | 10-21-07 NOV 15 2007 |
|---|---|---|
| **INMATE/PAROLEE'S SIGNATURE** | | **DATE SIGNED** |

**AVENAL STATE PRISON       DUTY LIMITATION CHRONO            CDC-128-C**

NAME: _Perez, Juan_   CDC# _F65615_      HOUSING# _4 Yd_

**BASED ON THIS INMATE'S:** _____ **ACUTE MEDICAL CONDITION**
                                   __✓__ **CHRONIC MEDICAL CONDITION**
                                   _____ **TEMPORARY DISABILITY (SEE 1845)**

**MEDICAL DEPARTMENT'S RECOMMENDATIONS FOR ACTIVITY RESTRICTIONS:**

*MOVEMENT – POSITION:*
_____ NO PROLONGED STANDING (NOT LONGER THAN ____ MINUTES EVERY ____ (MINUTES)
__✓__ NO PROLONGED SITTING (NO LONGER THAN) _30_ MINUTES EVERY _40_ (MINUTES)
__✓__ NO CLIMBING
__✓__ NO BENDING, STOOPING OR TWISTING
__✓__ NO LIFTING OVER _15_ LBD.
__✓__ NO CRAWLING
_____ NO PROLONGED WALKING (NOT MORE THAN____ FEET WITHOUT RESTING)
_____ NO USE OF (RT/LFT/BOTH)  ARM(S)  RESTRICTIONS: _____

_____ NO WEIGHT BEARING (RT/LFT)  LEG
_____ LIMITED WEIGHT BEARING (RT/LFT)  LEG
_____ OTHER _____

*ENVIRONMENT:*
__✓__ MAY NOT WORK AROUND HEAT
__✓__ MAY NOT WORK AROUND OR USE MACHINERY
__✓__ MAY NOT WORK AT HEIGHTS
_____ MAY NOT WORK WITH HANDS IN WATER
_____ MAY NOT WORK OUTDOORS
_____ MAY NOT WORK IN DUSTY AREAS
_____ OTHER_____

**BEGINNING DATE:** _12/4/07_

*DURATION:*

**TEMPORARY (LESS THAN 6 MONTHS )**      **OR**      **PERMANENT (6 MONTHS OR MORE)**
_____ DAYS (MORE THAN 3 DAYS)                        _____ **MONTHS**
_____ WEEKS                                    __✓__ **(1) YEAR**
_____ MONTHS                                    _____ **PERMANENT**
_____ ENDING DATE                                _____ **ENDING DATE**

UPON EXPIRATION OF THIS CHRONO THE PATIENT'S STATUS WILL REVERT TO UNRESTRICTED AND ELIGIBLE FOR
WORK UNLESS THE PATIENT RETURNS TO THE MEDICAL CLINIC FOR FURTHER EVALUATION AND POSSIBLE
EXTENSION.

_Moparai_                                    _12/4/07_
**ORDERING PHYSICIAN'S SIGNATURE**                      **DATE**

ORIG: CENTRAL FILE
  CC: UNIT HEALTH RECORD
      CC I/
      ADA COORDINATOR
      INMATE/ASSIGNMENT
      INMATE                              MEDICAL/PSYCHIATRIC/DENTAL
                                          Revised/1/06

EXHIBIT: F

EXHIBIT: F

.County Manager's Office



**COUNTY OF SAN MATEO**

COUNTY GOVERNMENT CENTER • REDWOOD CITY • CALIFORNIA 94063-1662
WEB PAGE ADDRESS:http://www.co.sanmateo.ca.us

**BOARD OF SUPERVISORS
MARK CHURCH
JERRY HILL
RICHARD S. GORDON
ROSE JACOBS GIBSON
ADRIENNE TISSIER**

**JOHN L. MALTBIE
COUNTY MANAGER
CLERK OF THE BOARD**

(650) 363-4123
FAX: (650) 363-1916

June 5, 2008

Juan Perez CDCR #F-65615
California Men's Colony
P.O. Box 8103
San Luis Obispo, CA 93403-8103

Notice is hereby given that your application for leave to present a late claim,
which was received in the office of the Board of Supervisors on May 12, 2008,
was presented to the Board of Supervisors on June 3, 2008, and rejected in its
entirety by said Board.

WARNING: Subject to certain exceptions, you have only six (6) months from the
date this notice was personally delivered or deposited in the mail to file a state
court action on this claim. (See Government Code Section 945.6)

You may seek the advice of an attorney of your choice in connection with this
matter. If you do desire to consult an attorney, you should do so immediately.

If you have any questions, please contact San Mateo County Risk Management
at (650) 363-4611.

Very truly yours,

John L. Maltbie, County Manager /
Clerk of the Board of Supervisors

JLM:mlp

cc: Donna Vaillancourt, Director, Human Resources Department
    Keith A. Hillegass Company, Inc.
    Attorney for Claimant (if any):