**FILED**

JUL - 8 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

(PR)
TEH

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

JUAN OCHOA PEREZ )   CV 08   3290
                 )
         Plaintiff, )   CASE NO. _____
                 )
    vs.          )   PRISONER'S
                 )   APPLICATION TO PROCEED
County of San Mateo )   IN FORMA PAUPERIS
                 )
         Defendant. )
_____ )

I, Juan Ochoa Perez, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1.   Are you presently employed? Yes ___ No ✓

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____ Net: _____

Employer: _____

_____

1  If the answer is "no," state the date of last employment and the amount of the gross and net
2  salary and wages per month which you received. (If you are imprisoned, specify the last
3  place of employment prior to imprisonment.)
4  _Farm worker; 2005_____
5  _____
6  _____

7  2.   Have you received, within the past twelve (12) months, any money from any of the
8  following sources:
9        a.   Business, Profession or                        Yes ___ No ✓
10            self employment
11       b.   Income from stocks, bonds,                     Yes ___ No ✓
12            or royalties?
13       c.   Rent payments?                                 Yes ___ No ✓
14       d.   Pensions, annuities, or                        Yes ___ No ✓
15            life insurance payments?
16       e.   Federal or State welfare payments,             Yes ___ No ✓
17            Social Security or other govern-
18            ment source?
19  If the answer is "yes" to any of the above, describe each source of money and state the amount
20  received from each.
21  _____
22  _____
23  3.   Are you married?                                    Yes ___ No ✓
24  Spouse's Full Name: _____
25  Spouse's Place of Employment: _____
26  Spouse's Monthly Salary, Wages or Income:
27  Gross $_____ Net $_____
28  4.   a.   List amount you contribute to your spouse's support:$ _____

PRIS. APP. TO PROC. IN FORMA PAUPERIS, Case No._____  - 2 -

1      b.     List the persons other than your spouse who are dependent upon you for
2             support and indicate how much you contribute toward their support. (NOTE:
3             For minor children, list only their initials and ages. DO NOT INCLUDE
4             THEIR NAMES.).
5             _____Nour_____
6             _____
7  5.     Do you own or are you buying a home?     Yes ____ No ✔
8  Estimated Market Value: $_____ Amount of Mortgage: $_____
9  6.     Do you own an automobile?     Yes ____ No ✔
10 Make _____ Year _____ Model _____
11 Is it financed? Yes ____ No ____ If so, Total due: $_____
12 Monthly Payment: $_____
13 7.     Do you have a bank account? Yes ____ No ✔ (Do not include account numbers.)
14 Name(s) and address(es) of bank: _____
15 _____
16 Present balance(s): $_____
17 Do you own any cash? Yes ____ No ✔ Amount: $_____
18 Do you have any other assets? (If "yes," provide a description of each asset and its estimated
19 market value.) Yes ____ No ✔
20 _____
21 8.     What are your monthly expenses?
22 Rent: $_____ Utilities: _____
23 Food: $_____ Clothing: _____
24 Charge Accounts:
25 Name of Account     Monthly Payment     Total Owed on This Acct.
26 ___Nour___     $_____     $_____
27 _____     $_____     $_____
28 _____     $_____     $_____ 9. Do

1 | you have any other debts? (List current obligations, indicating amounts and to whom they are
2 | payable. Do not include account numbers.)
3 | ___No_____
4 | _____

5 | 10.   Does the complaint which you are seeking to file raise claims that have been presented
6 | in other lawsuits?   Yes ___   No ✓
7 | Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in
8 | which they were filed.
9 | _____
10 | _____

11 | I consent to prison officials withdrawing from my trust account and paying to the court
12 | the initial partial filing fee and all installment payments required by the court.
13 | I declare under the penalty of perjury that the foregoing is true and correct and
14 | understand that a false statement herein may result in the dismissal of my claims.

16 | June 18, 2008              PEREZ JUAN
17 |        DATE                SIGNATURE OF APPLICANT

Case Number: _____

# CERTIFICATE OF FUNDS

## IN

## PRISONER'S ACCOUNT

I certify that attached hereto is a true and correct copy of the prisoner's trust account statement showing transactions of _JUAN OCHOA PEREZ_ for the last six months at

[prisoner name]

_CALIFORNIA MEN'S COLONY_ where (s)he is confined.

[name of institution]

I further certify that the average deposits each month to this prisoner's account for the most recent 6-month period were $ _12.96_ and the average balance in the prisoner's account each month for the most recent 6-month period was $ _12.96_

Dated: _6-25-08_          _Abby Simon_

[Authorized officer of the institution]

```
REPORT ID: TS3030  .701                              REPORT DATE: 06/26/08
                                                     PAGE NO:
                    CALIFORNIA DEPARTMENT OF CORRECTIONS
                         CALIFORNIA MENS COLONY
                       INMATE TRUST ACCOUNTING SYSTEM
                       INMATE TRUST ACCOUNT STATEMENT

              FOR THE PERIOD: JAN. 26, 2008 THRU JUN. 26, 2008

ACCOUNT NUMBER : F65615               BED/CELL NUMBER: WFU42200000000029L
ACCOUNT NAME   : PEREZ, JUAN OCHOA    ACCOUNT TYPE: I
PRIVILEGE GROUP: A
                           TRUST ACCOUNT ACTIVITY
      TRAN
DATE  CODE  DESCRIPTION   COMMENT   CHECK NUM   DEPOSITS   WITHDRAWALS   BALANCE
----  ----  -----------   -------   ---------   --------   -----------   -------

01/26/2008   BEGINNING BALANCE                                              0.00

05/02*D300 CASH DEPOSIT  18324/1                100.00                    100.00
05/13 W516 LEGAL COPY CH 4845                                  3.80        96.20
05/16 W515 COPY CHARGE   4935                                  7.80        88.40
06/05*FC02 DRAW-FAC 2    1         CW1                        88.40         0.00
06/24 D300 CASH DEPOSIT  18802/1                 80.00                     80.00


                           CURRENT HOLDS IN EFFECT
   DATE        HOLD
  PLACED       CODE       DESCRIPTION           COMMENT      HOLD AMOUNT
-----------    ----    -------------------    -----------    -----------
06/06/2008     H109    LEGAL POSTAGE HOLD        5269             0.42
06/18/2008     H118    LEGAL COPIES HOLD         5476             1.80

                           TRUST ACCOUNT SUMMARY

  BEGINNING     TOTAL        TOTAL      CURRENT      HOLDS     TRANSACTIONS
   BALANCE    DEPOSITS    WITHDRAWALS   BALANCE     BALANCE    TO BE POSTED
  ---------   --------    -----------   -------     -------    ------------
    0.00       180.00        100.00       80.00        2.22          0.00


                                                              CURRENT
                                                             AVAILABLE
                                                              BALANCE
                                                             ---------
                                                               77.78
```



THE WITHIN INSTRUMENT IS A CORRECT COPY OF THE TRUST ACCOUNT MAINTAINED BY THIS OFFICE.
ATTEST: 6-25-08
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY [signature]
TRUST OFFICE

```
REPORT ID: TS3030  .701                           REPORT DATE: 06/26/08
              CALIFORNIA DEPARTMENT OF CORRECTIONS
                     CALIFORNIA MENS COLONY
                   INMATE TRUST ACCOUNTING SYSTEM
                   INMATE TRUST ACCOUNT STATEMENT

           FOR THE PERIOD: JAN. 26, 2008 THRU JUN. 26, 2008


           TOTAL NUMBER OF STATEMENTS PRINTED:          1

   TOTAL CURRENT BALANCE FOR ALL THE STATEMENTS:     80.00
```